## COMMONWEALTH *versus* AARON LOCKE.

A party indicted for a capital offence is entitled, as a matter of right, to a list of the witnesses examined as to his case before the grand jury.

INDICTMENT for murder. Upon a motion on the part of the prisoner, that he should be furnished with a list of the witnesses examined as to his case before the grand jury, *Austin*, attorney-general, objected to the claim as a matter of right, and said that in *Commonwealth* v. *Knapp*, 9 Pick. 498, a list was ordered to be furnished, because it had been promised by the solicitor-general. But it was resolved by the *Court*, that, on the general principles of justice and sound policy, the prisoner was entitled to know what persons had been examined as witnesses. The motion was accordingly granted.